**99–1240. Ameritech Ohio v. Pub. Util. Comm.**

Public Utilities Commission, No. 97–1557–TP–CSS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the joint motion for a stay of all further proceedings in this court pending final disposition of case No. C2–99–552 in the United States District Court for the Southern District of Ohio, Eastern Division, and request for expedited ruling,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.

**99–1241. Ameritech Ohio v. Pub. Util. Comm.**

Public Utilities Commission, No. 97–1723–TP–CSS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the joint motion for a stay of all further proceedings in this court pending final disposition of case No. C2–99–552 in the United States District Court for the Southern District of Ohio, Eastern Division, and request for expedited ruling,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.

**99–1242. Ameritech Ohio v. Pub. Util. Comm.**

Public Utilities Commission, No. 98–308–TP–CSS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the joint motion for a stay of all further proceedings in this court pending final disposition of case No. C2–99–552 in the United States District Court for the Southern District of Ohio, Eastern Division, and request for expedited ruling,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.

## DISCIPLINARY DOCKET

**96–499. In re Hurd.**

On March 27, 1996, this court suspended respondent, Dwight I. Hurd, upon his conviction of a felony, pursuant to Gov.Bar R. V(5). On June 30, 1999, pursuant to Gov.Bar R. V(5)(D)(1)(a), the Board of Commissioners on Grievances and Discipline filed a certified copy of a judgment entry reversing respondent's conviction. Upon consideration thereof,

IT IS ORDERED by this court, effective August 11, 1999, that respondent, Dwight I. Hurd, a.k.a. Dwight Irvin Hurd, Attorney Registration No. 0012177, last known address in Columbus, Ohio, be reinstated to the practice of law in Ohio, pursuant to Gov.Bar R. V(5)(D)(1). It is further ordered by this court, *sua sponte*, that pursuant to Gov.Bar R. V(5)(D)(2), reinstatement of respondent shall not terminate any disciplinary proceeding that may be pending against him.

**98–1707. Dayton Bar Assn. v. Lewis.**

On February 17, 1999, this court indefinitely suspended respondent, Gordon H. Lewis. On March 26, 1999, relator, Dayton Bar Association, filed a motion requesting this court to issue an order directing respondent to show cause why he should not be held in contempt for failing to obey the February 17, 1999 order of this court. On May 28, 1999, this court granted the motion and ordered respondent to file a written response to the motion. Respondent filed a response on June 17, 1999. Upon consideration thereof,

IT IS ORDERED by this court, effective August 11, 1999, that Gordon H. Lewis, Attorney Registration No. 0023561, last known business address in Dayton, Ohio, is found in contempt.

F.E. SWEENEY and PFEIFER, JJ., would dismiss the show cause and contempt proceedings. COOK, J., would take no action at this time.